*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, KIRKBY, and DALY
Appellate Military Judges

———————————

**UNITED STATES**
*Appellee*

**v.**

**Jose M. BENAVIDEZ, Jr.**
Corporal (E-4), U.S. Marine Corps
*Appellant*

**No. 202300119**

———————————

Decided: 27 November 2023

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Adam M. King (arraignment and trial)
Terri Zimmerman (motions)

Sentence adjudged 22 December 2022 by a special court-martial convened at Marine Corps Base Camp Foster, Okinawa, Japan, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 90 days, forfeiture of $1,222.00 pay per month for 12 months, and a bad-conduct discharge.

For Appellant:
*Lieutenant Commander Doug R. Ottenwess, JAGC, USN*

———————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

However, we note that the Entry of Judgment does not accurately reflect the disposition of the charges. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[2] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

———————————

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[2] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| UNITED STATES | NMCCA NO. 202300119 |
|---|---|
| **v.** | **ENTRY** |
| | **OF** |
| **Jose M. BENAVIDEZ, Jr.** | **JUDGMENT** |
| **Corporal (E-4)** | |
| **U.S. Marine Corps** | |
| *Accused* | *As Modified on Appeal* |
| | **27 November 2023** |

On 22 December 2022, the Accused was tried at Camp Foster, Okinawa, Japan, by a special court-martial, consisting of a military judge sitting alone. Military Judge Adam M. King presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 120, Uniform Code of Military Justice, 10 U.S.C. § 920.**

*Plea:* Not Guilty.
*Finding:* Withdrawn and Dismissed.

**Specification:** **Abusive sexual contact on or about 31 October 2021.**

*Plea:* Not Guilty.
*Finding:* Withdrawn and Dismissed.

**Charge II:** **Violation of Article 128, Uniform Code of Military Justice, 10 U.S.C. § 928.**

*Plea:* Not Guilty.
*Finding:* Withdrawn and Dismissed.

**Specification:** **Assault consummated by a battery on or about 31 October 2021.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and Dismissed.

**Charge III:** **Violation of Article 134, Uniform Code of Military Justice, 10 U.S.C. § 934.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification:** **Indecent conduct on or about 31 October 2021.**

*Plea:* Guilty.

*Finding:* Guilty.

## SENTENCE

On 22 December 2022, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

**Confinement for a total of 90 days.**

**Forfeiture of $1,222.00 pay per month for a total of 12 months.**

**A bad-conduct discharge.**

FOR THE COURT:

MARK K. JAMISON
Clerk of Court